UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § § **Plaintiff,** § § § v. § § **EBF PARTNERS, LLC,** d/b/a **EVEREST** § **BUSINESS FUNDING**, a Delaware Limited § Liability Company, **SCOTT CROCKETT** and § **JOHN DOES 1-4** § **Defendants.** § § | EP-21-CV-0180-FM |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants EGF PARTNERS, LLC d/b/a EVERST BUSINESS FUNDING and SCOTT CROCKETT have resolved their case. Plaintiff hereby requests the Court dismiss the case against EBF Partners, LLC d/b/a Everest Business Funding and Scott Crockett with prejudice.

September 1, 2021,            Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** § | | |
| § | | |
| Plaintiff, § | EP-21-CV-0180-FM | |
| § | | |
| v. § | | |
| § | | |
| **EBF PARTNERS, LLC,** d/b/a **EVEREST** § | | |
| **BUSINESS FUNDING**, a Delaware Limited § | | |
| Liability Company, **SCOTT CROCKETT** and § | | |
| **JOHN DOES 1-4** § | | |
| Defendants. § | | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

September 1, 2021,                          Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** § | | |
| § | | |
| Plaintiff, § | | |
| § | EP-21-CV-0180-FM | |
| v. § | | |
| § | | |
| **EBF PARTNERS, LLC,** d/b/a **EVEREST BUSINESS FUNDING**, a Delaware Limited Liability Company, **SCOTT CROCKETT** and **JOHN DOES 1-4** § § § § | | |
| Defendants. § | | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**