**FILED**
November 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Michael Trujillo_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>    Plaintiff,<br><br>v.<br><br>MEG CONSULTING INC. d/b/a LOGIC ADVANCE GROUP and ESTERA BABAYEVA<br>    Defendants. | §§§§§§§§§§§§   EP-21-CV-00180-FM |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants have resolved their case. Plaintiff hereby asks the Court to dismiss the case with prejudice against Meg Consulting Inc. d/b/a Logic Advance Group and Estera Babayeva.

November 22, 2021          Respectfully Submitted,

                  *Brandon Callier*

                  Brandon Callier
                  Plaintiff Pro Se
                  6336 Franklin Trail Drive
                  El Paso, TX 79912
                  Callier74@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS** to be served via electronic mail on: all counsel of record.

November 22, 2021,                                Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com